IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHELLY CIGAINERO, Individually and
as a Parent and Next Friend of Minors
Lakin Kohen and Jax Kohen                                                             PLAINTIFF

v.                          Case No. 4:20-cv-4034

BOBBY VERLON MOORE, JR., Doing
Business as Final Notice Recovery                                                     DEFENDANT

## JUDGMENT

Before the Court is Defendant's Motion for Partial Summary Judgment. ECF No. 11. Plaintiff has responded. ECF No. 14. Defendant has replied. ECF No. 17. The Court finds the matter ripe for consideration.

For the reasons discussed in the Court's memorandum opinion of even date, the Court finds that Defendant's Motion for Partial Summary Judgment (ECF No. 11) should be and hereby is **GRANTED**. Plaintiff's claim against Defendant is hereby **DISMISSED WITH PREJUDICE**. Also, for the reasons discussed in the Court's memorandum opinion of even date, the Court finds that it lacks subject matter jurisdiction on Defendant's remaining counterclaim. Defendant's counterclaim is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of October, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge